UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIN KAY BAER,<br><br>  Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>  Defendant. | No. 1:15-cv-1358-SAB<br><br>**ORDER RE JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE**<br><br>**(ECF No. 11)** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff shall have a first extension of time of sixty (60) days, up to and including May 25, 2016, to serve her confidential letter brief. All other deadlines set forth in the Scheduling Order (ECF Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **May 23, 2016**  

UNITED STATES MAGISTRATE JUDGE